IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.

**Terrell M. Akins,**
**Defendant.**                                               No. 10 - CR - 30206 DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant's Motion to Continue Trial (Doc. 12), currently set for February 7, 2011. Defendant's counsel maintains that he needs additional time to prepare for trial due to his current trial schedule, which includes a separate jury trial beginning January 31, 2011, as well as hearings and depositions in another case over the next four weeks. Defendant also seeks additional time to allow for negotiations with the Government. The Government does not object to this continuance request. Finally, there are no other codefendants in this case. The Court being fully advised in the premises finds that Defendant's counsel needs additional time.

The law allows every defendant facing criminal charges the right to a trial by jury or to plead to those charges. If the Court were to deny a continuance despite ongoing plea negotiations, this could severely impact the outcome of these discussions, which would likely result in a miscarriage of justice. **See 18 U.S.C. §**

**3161(h)(7)(B)(i)**. Further, refusing to grant a continuance in this matter would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *See* **18 U.S.C. § 3161(h)(7)(B)(iv)**. The Court therefore finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

Accordingly, the Court **GRANTS** Defendant's Motion to Continue (Doc. 12). The Court hereby **CONTINUES** the jury trial scheduled for February 7, 2011, to **Monday, April 25, 2011, at 9:00 a.m.** The time from the date this Motion to Continue (Doc. 12) was filed, January 25, 2011, until the date the trial is rescheduled, April 25, 2011, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 28th day of January, 2011.

David R. Herndon
2011.01.28
15:37:16 -06'00'

**Chief Judge**
**United States District Court**