IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**United States Of America,**
**Plaintiff,**

v.

**Terrell M. Akins,**
**Defendant.**                                                  No. 10 - CR - 30206 DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on defendant's second motion to continue trial (Doc. 14), currently set for April 25, 2011. Defendant's counsel maintains that he needs additional time to prepare because he has a separate jury trial in a capital case beginning April 11. He expects that case will last through late May. He also states that the Government does not object to this continuance request. There are no other codefendants in this case. The Court being fully advised in the premises finds that defendant's counsel needs additional time.

The Court finds that refusing to grant a continuance in this matter would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, pursuant to § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. This defendant deserves counsel's full focus and adequate preparation time as

does the capital defendant.

Accordingly, the Court **GRANTS** defendant's second motion to continue trial (Doc. 14). The Court hereby **CONTINUES** the jury trial scheduled for April 25, 2011, to **Monday, July 11, 2011, at 9:00 a.m.** The time from the date this motion was filed, April 6, 2011, until the date the trial is rescheduled, July 11, 2011, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 12th day of April, 2011.

Digitally signed by David R. Herndon
Date: 2011.04.12 13:05:25 -05'00'

**Chief Judge
United States District Court**